# THE KULLMAN FIRM

A PROFESSIONAL LAW CORPORATION

1600 ENERGY CENTRE • 1100 POYDRAS STREET • NEW ORLEANS, LOUISIANA 70163 • TELEPHONE: (504) 524-4162

MAILING ADDRESS: POST OFFICE BOX 60118 • NEW ORLEANS, LA 70160 • INTERNET: WWW.KULLMANLAW.COM

S. MARK KLYZA
DIRECT DIAL (504) 596-4125
smk@kullmanlaw.com

January 25, 2016

efile-milazzo@laed.uscourts.gov

The Honorable Jane Triche Milazzo
500 Poydras Street
Room C206
New Orleans, LA 70130

Re: *Phuong Nguyen v. Lakeview Pearl, LLC, China Ruby, Inc. d/b/a China Place, and Cheng Chiu*
Case No. 2:15-cv-05645-JTM-JCW, UDSC, Eastern District of Louisiana

Dear Judge Milazzo:

I am writing to advise the Court that the parties have reached a settlement in the above referenced case and, therefore, request a dismissal of this suit in its entirety, with prejudice. Thank you for your assistance in this matter.

Sincerely,

S. Mark Klyza

SMK:kjw
cc: Ms. Jessica Vasquez (Email: jvasquez@vasquezlawoffice.com)
Ms. Laura Catlett (LauraLCatlettLaw@gmail.com)

BATON ROUGE OFFICE
SUITE A • 4605 BLUEBONNET BOULEVARD
BATON ROUGE, LOUISIANA 70809
(225) 906-4250

BIRMINGHAM OFFICE
SUITE 340 • 600 UNIVERSITY PARK PLACE
BIRMINGHAM, ALABAMA 35209
(205) 871-5858

COLUMBUS OFFICE
SUITE 704 • 200 6TH STREET NORTH
COLUMBUS, MISSISSIPPI 39701
(662) 244-8824

JACKSON OFFICE
SUITE 120 • 1640 LELIA DRIVE
JACKSON, MISSISSIPPI 39216
(601) 366-2990

MOBILE OFFICE
1100 RIVERVIEW PLAZA • 63 SOUTH ROYAL STREET
MOBILE, ALABAMA 36602
(251) 432-1811